
# Performance Engineered Nonwovens, LLC

February 20, 2016

US Clerk of Court
500 Pearl Street Room 120
New York, NY 10007

Ref: Case No.: 1:12-cr-00302-ER-1 (Correct inaccurate information in my criminal history)

On December 5th 2012 I was arrested and indicted for an illegal commodity export to the People's Republic of China. My indictment was specific to China only; there were no charges with respect to ANY other country in the indictment.

On November 26, 2013 I was convicted for that unlawful export of carbon fiber to China and was sentenced to three months of imprisonment, three years of supervised release, a $300 assessment and a $5,000 criminal fine.

US Clerk of Court, I respectfully request that you please retract any and all "Iran Watch" information that has been incorrectly disseminated against my name and which continues to be pulled up on a Google search. Neither the country of Iran nor the two individuals arrested on separate export charges on 12/5/12 are mentioned in my sentencing proceedings. I ask that you please submit a written confirmation of your response within thirty (30) days.

Kind regards,

Peter Gromacki
(845) 386-8361



# Peter Gromacki
**Date of Iran-Related Activity:**
2007 to 2012
**Address:**

- Orange County, New York, United States
- 88 White Bridge Road, Middletown, New York, 10940, United States

Arrested on December 5, 2012, for exporting U.S.-origin carbon fiber to China and falsifying documents, in violation of the International Emergency Economic Powers Act (IEEPA).

In 2007, used his company, Performance Engineered Nonwovens, LLC, located in Middletown, New York, to arrange the export of more than 6,600 pounds of T700 carbon fiber from the United States to Belgium, where it was then transshipped to China; received a payment of more than $100,000 from a bank in Luxembourg in connection with the transaction.

In July 2013, pled guilty to one count of conspiracy to violate the IEEPA, one count of violating the IEEPA, and one count of making false statements; sentenced on November 26, 2013 to three months in prison; a U.S. citizen; born on October 16, 1964.

## Enforcement Actions:
Hashemi and Two Others Charged for Illegal Exports from the United States to Iran

**Date Entered:** September 8, 2014
**Date Last Modified:** September 8, 2014

Copyright © 2003-2016
Wisconsin Project on Nuclear Arms Control(http://www.wisconsinproject.org)
1701 K Street NW, Suite 805, Washington, DC 20006 USA
Tel: 202-223-8299 | Fax: 202-223-8298

Performance Engineered Nonw
88 White Bridge Rd.
Middletown, NY 10940

7013 3020 0002 4349 5685

CERTIFIED MAIL

US Clerk of Court
500 Pearl Street Room 120
New York, NY 10007

U.S. POSTAGE PAID
GOSHEN, NY
10924
FEB 23, 16
AMOUNT
$3.94
R2305K136244-02